# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2015

## NO. 03-14-00200-CR

**Kenneth Emmanuel Darden, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' briefs, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.